IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD WILLARD,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3220

Opinion filed December 29, 2015.

An appeal from an order of the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Ronald Willard, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

LEWIS, ROWE, and BILBREY, JJ., CONCUR.